UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| FLORA J. PALMER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Docket no. 2:13-cv-00194-NT |
| | ) |
| SOCIAL SECURITY | ) |
| ADMINISTRATION | ) |
| COMMISSIONER, | ) |
| | ) |
| Defendant. | ) |

**ORDER AFFIRMING THE RECOMMENDED DECISION
OF THE MAGISTRATE JUDGE**

On April 28, 2014, the United States Magistrate Judge filed with the court, with copies to counsel, his Report and Recommended Decision. The time within which to file objections has expired, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to de novo review and appeal.

It is therefore <u>ORDERED</u> that the Recommended Decision of the Magistrate Judge is hereby <u>ADOPTED</u>. The Commissioner's final decision is <u>VACATED,</u> and the case is <u>REMANDED</u> for further proceedings.

                                                        /s/ Nancy Torresen
                                                        United States District Judge

Dated this 19th day of May, 2014.